Gregory J. Lundell (CA Bar. No. 234,941)
*greg.lundell@hglaw.com*
Donny K. Samporna (CA Bar. No. 316,456)
*donny.samporna@hglaw.com*
**HG LAW**
111 North Market St., Ste 900
San Jose, CA 95113
Tel: (669) 213-1050 – Fax: (669) 500-7375

Brian N. Platt (pro hac vice forthcoming)
*bplatt@wnlaw.com*
Ryan C. Morris (pro hac vice forthcoming)
*rmorris@wnlaw.com*
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800 – Fax: (801) 328-1707

*Attorneys for Plaintiff Denuvo GmbH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENUVO GMBH,<br><br>*Plaintiff*,<br><br>vs.<br><br>VOICES38, an unknown individual or entity,<br><br>*Defendant*. | Case No:<br><br>**PLAINTIFF'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-15 and Rule 7.1 of the Federal Rules of Procedure, Plaintiff Denuvo GmbH ("Denuvo") certifies as follows:

1. Denuvo is an Austrian corporation having its principal place of business in Salzburg, Austria.

2. Denuvo has a parent corporation, Irdeto B.V.

3. There are not any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other companies known by Denuvo to have a financial interest of any kind in the subject matter in controversy or any other kind of interest that could be substantially affected by the outcome of the proceeding; and no publicly held corporation owns 10% or more of Denuvo or Irdeto B.V.

DATED: September 14, 2026

Respectfully Submitted,

HG LAW

*/s/ Donny Samporna*
Greg Lundell
Donny Samporna

*and*

Brian N. Platt
Ryan C. Morris
WORKMAN NYDEGGER

*Attorneys for Denuvo GmbH*