UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denuvo GmbH, ,<br>Plaintiff(s),<br>v.<br>Voices38 and Does 1-10, ,<br>Defendant(s). | Case No. 4:26-cv-10423-HSG<br>**REVISED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Ryan C. Morris, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Denuvo GmbH in the above-entitled action. My local co-counsel in this case is Gregory James Lundell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 234941.

| | |
|---|---|
| 60 E. South Temple St., Ste 1000<br>Salt Lake City, UT 84111 | 111 North Market St., Ste 900<br>San Jose, CA 95113 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (801) 533-9800 | (669) 213-1050 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rmorris@wnlaw.com | greg.lundell@hglaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19019.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/07/2026

Ryan C. Morris
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan C. Morris is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/8/2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 10/1/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Ryan C Morris

This is to certify that Ryan C Morris, Utah State Bar No. 19019 was admitted to practice law in Utah on 10/27/2023.

Ryan C Morris is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1203410
verify by email at cogsrequest@utahbar.org