**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DENUVO GMBH,<br><br>Plaintiff,<br><br>v.<br><br>VOICES38, an unknown individual or entity, and DOES 1-10,<br><br>Defendants. | Case No. 4:26-cv-10423-HSG<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>Re: Docket No. 15 |

Plaintiff Denuvo GmbH ("Plaintiff" or "Denuvo") moves for *ex parte* leave to serve third-party subpoenas prior to the Federal Rule of Civil Procedure 26(f) conference. Dkt. No. 15. Plaintiff accepted the Court's invitation to submit revised subpoenas that align with the subpoena in *Alo, LLC v. Fang*, No. 25-cv-11126-PHK, 2026 WL 1725893, 2026 U.S. Dist. LEXIS 133181 (N.D. Cal. June 15, 2026). Dkt. No. 24. Having considered Plaintiff's motion, Plaintiff's Response filed October 14, 2026, and the Revised Subpoenas submitted on October 14, 2026, the Court ORDERS as follows:

1. Plaintiff has established that "good cause" exists for it to serve third-party subpoenas on Discord, Inc., Valve Corporation, and Reddit, Inc. to identify Defendant. *See, e.g.*, *UMG Recording, Inc. v. Doe*, 2008 WL 4104214, *4 (N.D. Cal. 2008); *Arista Records LLC v. Does 1-19*, 551 F. Supp. 2d 1, 6-7 (D.D.C. 2008); *see also Strike 3 Holdings, LLC v. Doe*, No. 17-CV-07051-LB, 2018 WL 357287, at *2 (N.D. Cal. Jan. 10, 2018).

2. Plaintiff may serve Discord, Inc., Valve Corporation, and Reddit, Inc. with subpoenas to identify the Defendant prior to the Rule 26(f) conference in the same form as the Revised Subpoenas Plaintiff submitted on October 14, 2026.

**IT IS SO ORDERED**.

Dated: ____________________

HAYWOOD S. GILLIAM, JR.
United States District Judge