Gregory J. Lundell (CA Bar No. 234,941)
*greg.lundell@hglaw.com*
Donny K. Samporna (CA Bar No. 316,456)
*donny.samporna@hglaw.com*
**HG LAW LLP**
111 North Market Street, Suite 900
San Jose, California 95113
Tel: (669) 213-1050, Fax: (669) 500-7375

Brian N. Platt *(pro hac vice)*
*bplatt@wnlaw.com*
Ryan C. Morris *(pro hac vice)*
*rmorris@wnlaw.com*
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800, Fax: (801) 328-1707

*Attorneys for Plaintiff Denuvo GmbH*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DENUVO GMBH,<br><br>Plaintiff,<br><br>v.<br><br>VOICES38, an unknown individual or entity, and DOES 1-10,<br><br>Defendants. | Case No. 4:26-cv-10423-HSG<br><br>**PLAINTIFF DENUVO GMBH'S *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR SERVICE AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge: Haywood S. Gilliam, Jr. |

PLEASE TAKE NOTICE that Plaintiff Denuvo GmbH ("Denuvo") applies *ex parte* for two forms of relief. First, Denuvo seeks a 90-day extension, to March 15, 2027, of the deadline under Federal Rule of Civil Procedure 4(m) to serve Defendant voices38 ("Defendant") and Does 1-10. Second, Denuvo seeks a continuance of the January 12, 2027 initial case management conference ("CMC") and the deadlines tied to it. Dkt. Nos. 5, 12, 17.

Specifically, Denuvo requests an order granting the following relief:

1. An extension of the deadline under Federal Rule of Civil Procedure 4(m) to serve Defendant voices38 and Does 1-10 to March 15, 2027;

2. A continuance of the initial CMC from January 12, 2027 to April 13, 2027 at 2:00 p.m., or a later date convenient to the Court;

3. A deadline of March 23, 2027 to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file any ADR Certification not yet filed;

4. A deadline of April 6, 2027 to make initial disclosures and file the joint case management statement;

5. Deferral of any ADR referral, and of the ADR stipulation required by the Court's Civil Standing Order, until a defendant appears; and

6. Any other relief the Court deems appropriate.

Denuvo brings this motion *ex parte* under Civil Local Rule 7-10. Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court to extend a deadline for good cause without notice when the request is made before the deadline expires, and Rule 4(m) and Civil Local Rule 16-2(d) authorize the relief sought. No defendant has been identified, served, or appeared, so no party can be given notice. This Court has granted the same relief *ex parte* while a plaintiff sought to identify a Doe defendant through a court-authorized subpoena. *E.g., Strike 3 Holdings, LLC v. Doe*, No. 4:21-cv-06818-HSG, Dkt. No. 11 (N.D. Cal. Nov. 18, 2021); *see id.*, Dkt. No. 8 (N.D. Cal. Oct. 6, 2021) (granting leave to serve a subpoena on the Doe defendant's internet service provider).

This motion is based on this motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Ryan C. Morris, the pleadings and papers on file, and any other matters the Court may consider.

A proposed order is submitted concurrently, and a Word version is being sent to HSGpo@cand.uscourts.gov under Civil Standing Order ¶ 24.

Dated: November 25, 2026

**HG LAW LLP**
Gregory J. Lundell
Donny K. Samporna

and

**WORKMAN NYDEGGER**
Brian N. Platt *(pro hac vice)*
Ryan C. Morris *(pro hac vice)*

By: */s/ Donny Samporna*
Donny K. Samporna
Attorneys for Plaintiff Denuvo GmbH