Gregory J. Lundell (CA Bar No. 234,941)
*greg.lundell@hglaw.com*
Donny K. Samporna (CA Bar No. 316,456)
*donny.samporna@hglaw.com*
**HG LAW LLP**
111 North Market Street, Suite 900
San Jose, California 95113
Tel: (669) 213-1050, Fax: (669) 500-7375

Brian N. Platt *(pro hac vice)*
*bplatt@wnlaw.com*
Ryan C. Morris *(pro hac vice)*
*rmorris@wnlaw.com*
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800, Fax: (801) 328-1707

*Attorneys for Plaintiff Denuvo GmbH*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DENUVO GMBH,<br><br>Plaintiff,<br><br>v.<br><br>VOICES38, an unknown individual or entity, and DOES 1-10,<br><br>Defendants. | Case No. 4:26-cv-10423-HSG<br><br>**DECLARATION OF RYAN C. MORRIS IN SUPPORT OF PLAINTIFF DENUVO GMBH'S *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR SERVICE AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge: Haywood S. Gilliam, Jr. |

I, Ryan C. Morris, declare as follows:

1. I am an attorney licensed to practice law in the State of Utah and admitted *pro hac vice* in this action. I am a partner at Workman Nydegger, which represents Plaintiff Denuvo GmbH ("Denuvo") in this action together with HG Law LLP. I submit this Declaration in support of Denuvo's *Ex Parte* Motion to Extend the Deadline for Service and to Continue the Initial Case Management Conference and Related Deadlines. I have personal knowledge of the facts stated in

this declaration based on my work on this matter and my review of counsel's files and, if called as a witness, could and would testify competently to them.

**A. Denuvo's Investigation Before Filing**

2. Before Denuvo filed this action, Denuvo's counsel investigated the online presence of Defendant voices38 ("Defendant") in conjunction with Denuvo. Among other things, Denuvo's counsel captured the public profile, submission history, and comment history of the voices38 Reddit account. The investigation also reviewed the information files ("NFO files") distributed with Defendant's releases and third-party records that track those releases.

3. None of those sources disclosed Defendant's legal name, physical address, or location. The only contact information Defendant publishes is an email address associated with Proton AG, a company based in Switzerland.

**B. The Court-Authorized Subpoenas**

4. Denuvo filed its complaint on September 14, 2026. Dkt. No. 1. On October 2, 2026, Denuvo moved *ex parte* for leave to serve subpoenas on Discord, Inc. ("Discord"), Valve Corporation ("Valve"), and Reddit, Inc. ("Reddit") to identify Defendant. Dkt. No. 15. After the Court issued its order to show cause on October 8, 2026, Denuvo narrowed its requests and filed revised subpoenas on October 14, 2026. Dkt. Nos. 24, 25. The Court granted the motion on October 16, 2026. Dkt. No. 26.

5. Denuvo's subpoena to Discord was served on October 19, 2026. On October 19, 2026, I caused Denuvo's subpoena to Valve to be delivered by email, which Valve accepted. Denuvo's subpoena to Reddit was served on October 19, 2026. Each subpoena required compliance by November 3, 2026 at 5:00 p.m. True and correct copies of the proofs of service of the subpoenas are attached as Exhibit A.

**C. The Subpoena Responses**

6. On October 23, 2026, Discord responded by letter and produced a one-page record for Discord user ID 1427416652684984397, together with a certificate of authenticity.

7. The Discord record lists the account's username as "deleted_user_6ea778fffa59#0" and reports "Not found" for the account's email address, telephone number, registration IP address,

last-seen time, and last-seen IP address. Discord's letter states that Discord "generally does not possess legal names or other personal information" because it does not require users to provide that information when they create an account.

8. On October 30, 2026, Reddit served written objections to its subpoena through its counsel. Reddit asserted eleven objections, including objections based on the First Amendment, the Stored Communications Act, overbreadth, and burden. Reddit stated that it "will not produce documents responsive to this request as drafted." Reddit has not produced any documents.

9. On October 28, 2026, Valve produced account records for each of the seven Steam accounts identified in its subpoena. Valve marked each page of its production as confidential and as containing personally identifiable information. The records include information concerning each account, including email addresses associated with each account and account creation and logon times, among other things.

10. The Valve records do not identify Defendant. None of the seven accounts lists a name or location in its public profile fields. The accounts use seven different email addresses. Five are hosted by companies in the United States, and two by email services based in Russia. The billing names and addresses in the purchase histories differ from account to account. The billing information and login IP addresses reflect locations in many countries, including Germany, Brazil, India, Kazakhstan, and the United States.

11. One of the seven accounts, Steam ID 76561198779407957, was created on October 13, 2025. According to the record produced by Discord, the Discord account identified in Denuvo's subpoena was registered the same day. Valve produced two reports for this Steam account. The first, dated September 30, 2026, lists an email address and login records from October 13, 2025 through September 30, 2026. Most of those logins came from IP addresses that Valve's records associate with locations in Germany. The second report, dated October 28, 2026, shows that the account's email address was changed to "Terminated" and its player name to "[deleted]" on October 16, 2026, at 17:39:46 UTC. That is the day the Court entered its order authorizing the subpoenas.

12. As of the date of this declaration, none of the subpoena responses has established Defendant's legal name or physical address, or provided other information that would allow Denuvo

to serve Defendant. Accordingly, Denuvo has not been able to identify or serve Defendant or any Doe defendant.

**D. Denuvo's Plan to Identify and Serve Defendant**

13. Denuvo intends to take the following steps within the requested 90-day extension.

a. Denuvo will work with counsel to investigate whether to seek follow-on subpoenas for subscriber information associated with the email addresses in the Valve production, and to any internet service provider identified from the IP addresses in that production. The Court's order authorizes subpoenas to Discord, Valve, and Reddit only.

b. Denuvo will work with counsel on how to resolve Reddit's objections, including potential resolution by agreement or, if the parties cannot agree, submission of a joint discovery letter under the Court's Civil Standing Order.

c. If any information obtained shows that Defendant is located outside the United States, seek leave to serve Defendant by alternative means under Federal Rule of Civil Procedure 4(f)(3).

d. Serve the summons and complaint promptly once Defendant is identified.

14. Denuvo is also evaluating other potential sources of identifying information, including a private tracker and forum on which Defendant distributes releases, and analysis of the cryptocurrency addresses Defendant publishes in its NFO files. Each would require further leave of Court or process abroad.

**E. ADR Certification**

15. I conferred with Denuvo regarding the ADR process and fulfilled the obligations outlined in the ADR Certification by Parties and Counsel. Since no counsel has appeared on behalf of Defendant, I am unable to meet and confer with opposing counsel, and am therefore unable to certify any such efforts.

**F. Conferral and Prior Modifications**

16. Because no defendant has been identified, served, or appeared, I could not meet and confer with opposing counsel regarding this motion or ask any opposing party to stipulate to the relief it seeks.

17. Denuvo has not previously requested any modification of time in this action. Following reassignment, the Court reset the initial case management conference from December 16, 2026 to January 12, 2027. Dkt. Nos. 12, 17. No trial date has been set. The requested extension and continuance would affect only the deadlines identified in the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 25, 2026, at Salt Lake City, Utah.

/s/ Ryan C. Morris
Ryan C. Morris

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Donny K. Samporna, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Ryan C. Morris concurred in the filing of this document.

*/s/ Donny Samporna*
Donny K. Samporna