# Exhibit A

Civil Action No. 4:26-cv-10423-HSG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Discord, Inc c/o 1505 Corporation, CT Corporation

on *(date)* 10/16/2026 .

❒ I served the subpoena by delivering a copy to the named person as follows: by delivering to Saria Marin, process agent of CT Corporation, at 330 N Brand Blvd, Suite 700, Glendale CA 91203 at 12:19 pm

on *(date)* 10/19/2026 ; or

❒ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______ .

My fees are $ ______ for travel and $ 215.00 for services, for a total of $ 215.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/2026

*Server's signature*

Christian Dagoberto Canas, 1328 - San Bernardino

*Printed name and title*

for Beehive Attorney Service
107 S 1470 E, Suite 201
St George, UT 84790

*Server's address*

Additional information regarding attempted service, etc.:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FRCP 45; ATTACHMENT A

Civil Action No. 4:26-cv-10423-HSG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Reddit, Inc c/o 1505 Corp, Corporation Service Co on *(date)* 10/16/2026 .

❒ I served the subpoena by delivering a copy to the named person as follows: by delivering to Maddie Bright, process agent of CSC, at 2710 Gateway Oaks Dr, Suite 150N, Sacramento CA 95833 at 1:05 pm on *(date)* 10/19/2026 ; or

❒ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ______ .

My fees are $ ______ for travel and $ 215.00 for services, for a total of $ 215.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/2026

[signature]
*Server's signature*

Robert Mason, 03-007
*Printed name and title*

for Beehive Attorney Service
107 S 1470 E, Suite 201
St George, UT 84790
*Server's address*

Additional information regarding attempted service, etc.:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FRCP 45; ATTACHMENT A

Civil Action No. 4:26-cv-10423-HSG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Valve Corporation c/o CT Corporation on *(date)* 10/16/2026 .

❒ I served the subpoena by delivering a copy to the named person as follows: by delivering to Jeff Miner, process agent of CT Corporation, at 711 Capitol Wy S, Suite 204, Olympia WA 98501 at 11:58 am on *(date)* 10/19/2026 ; or

❒ I returned the subpoena unexecuted because: __________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ________ .

My fees are $ ______ for travel and $ 215.00 for services, for a total of $ 215.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/2026

[signature]
*Server's signature*

Andrew Webster, process server
*Printed name and title*

for Beehive Attorney Service
107 S 1470 E, Suite 201
St George, UT 84790
*Server's address*

Additional information regarding attempted service, etc.:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FRCP 45; ATTACHMENT A