**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DENUVO GMBH,<br>Plaintiff,<br>v.<br>VOICES38, an unknown individual or entity, and DOES 1-10,<br>Defendants. | Case No. 4:26-cv-10423-HSG<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR SERVICE AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br>Judge: Haywood S. Gilliam, Jr.<br>Re: Docket No. [TBD] |

Before the Court is Plaintiff Denuvo GmbH's *Ex Parte* Motion to Extend the Deadline for Service and to Continue the Initial Case Management Conference and Related Deadlines. Dkt. No. [TBD]. Having considered the motion, the supporting declaration, and the record, the Court finds good cause and GRANTS the motion as follows:

1. The deadline under Federal Rule of Civil Procedure 4(m) for Plaintiff to serve Defendant voices38 and Does 1-10 is extended to March 15, 2027.

2. The Initial Case Management Conference set for January 12, 2027 is CONTINUED to Tuesday, April 13, 2027, at 2:00 p.m., by Zoom webinar.

3. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and for any party that has not already done so to file an ADR Certification, is March 23, 2027.

4. The last day to make initial disclosures and file a Joint Case Management Statement is April 6, 2027.

5. Referral of this action to an ADR process is DEFERRED under ADR Local Rule 3-

5(d)(3) until a defendant has appeared. The deadline to file the Stipulation and Proposed Order selecting an ADR process under the Court's Civil Standing Order is deferred to the same extent.

6. All other deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 5) are adjusted accordingly.

**IT IS SO ORDERED**.

Dated: ____________________

____________________________________
HAYWOOD S. GILLIAM, JR.
United States District Judge